1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  ANGELES ZARAGOZA, #270198
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BULMARO LUA-CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:13-CR-0068-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
| BULMARO LUA-CERVANTES, | ) DATE: April 23, 2013 |
| | ) TIME: 9:45 a.m. |
| Defendant. | ) JUDGE: Hon. John F. Mendez |

BULMARO LUA-CERVANTES by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant United States Attorney, hereby agree that the status conference set for March 26, 2013, be continued to April 23, 2013, at 9:45 a.m..

This continuance is being requested because defense counsel requires additional time to review discovery, pursue investigation and discuss the case with the government.

Counsel, along with the defendants, agree that the time from March 26, 2013 through April 23, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a

speedy trial.

DATED: March 22, 2013   Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/S/ Angeles Zaragoza
ANGELES ZARAGOZA
Assistant Federal Defender
Attorney for Defendant
BULMARO LUA-CERVANTES


DATE: March 22, 2013    BENJAMIN B. WAGNER
United States Attorney

/S/ Angeles Zaragoza for
OLUSERE OLOWOYEYE
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to April 23, 2013, at 9:45 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from March 26, 2013 up to and including April 23, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: 3/25/2013        /s/ John A. Mendez
                        JOHN A. MENDEZ
                        United States District Court Judge