1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  ANGELES ZARAGOZA, #270198
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BULMARO LUA-CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:13-CR-0068-JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| BULMARO LUA-CERVANTES, ) | DATE: July 2, 2013 |
| ) | TIME: 9:45 a.m. |
| Defendant. ) | JUDGE: Hon. John F. Mendez |
| ) | |
| _____ ) | |

BULMARO LUA-CERVANTES by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant United States Attorney, hereby agree that the status conference set for June 4, 2013, be continued to July 2, 2013, at 9:45 a.m..

This continuance is being requested because defense counsel requires additional time to receive and review the proposed plea agreement with the defendant and to further investigate and discuss the case with the government.

Counsel, along with the defendants, agree that the time from June 4, 2013 through July 2, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance

outweigh the best interests of the public and the defendants in a speedy trial.

DATED: May 31, 2013 Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/S/ Angeles Zaragoza
ANGELES ZARAGOZA
Assistant Federal Defender
Attorney for Defendant
BULMARO LUA-CERVANTES

DATE: May 31, 2013 BENJAMIN B. WAGNER
United States Attorney

/S/ Angeles Zaragoza for
OLUSERE OLOWOYEYE
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to July 2, 2013, at 9:45 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from June 4, 2013 up to and including July 2, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: 5/31/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge